**John Robert DEMOS, Jr.,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5126.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2005.

*ORDER*

John Robert Demos, Jr. has failed to comply with the court's August 10, 2005 order, and has failed to pay the docketing fee.

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All pending motions are moot.

(3) Each side shall bear its own costs.

**Robert LIPPOLIS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 05–3282.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2005.

## ORDER

The order of dismissal and the mandate dated August 19, 2005 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.